IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRI R LOWE et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 3:14-CV-01460-M-BK |
| | § | |
| UHF MAGNOLIA TRACE LP et al., | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case, among other things recommending dismissal if Plaintiffs did not amend. They have now done so. The issues raised in the Findings, Conclusions and Recommendations are thus moot, at least for now.

SO ORDERED this 3rd day of June, 2015.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS