IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHERRI R. LOWE and SHIRLEY LOWE-GRIFFITH, <br><br>Plaintiffs, <br><br>v. <br><br>UHF MAGNOLIA TRACE LP, BRIDGETTE RAINEY, and SUNCHASE AMERICAN, LTD., <br><br>Defendants. | Civil Action No. 3:14-CV-1460-M-BK |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the District Judge has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 11 day of January, 2016.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS