**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SHERRI R. LOWE,** | § | |
| **SHIRLEY LOWE-GRIFFITH,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **USDC 3:14-CV-1460-M-BK** |
| | § | **USCA 16-10163** |
| **UHF MAGNOLIA TRACE LP, et al.,** | § | |
| **Defendants.** | § | |

**RECOMMENDATION REGARDING NON-PRISONER'S IFP STATUS ON APPEAL**

Before the Court are a Notice of Appeal and a request to proceed *in forma pauperis* on Appeal. Doc. 66; Doc. 67. The latter is signed only by Sherrie R. Lowe. [1] Doc. 67. Upon consideration, it is recommended that the Court deny Sherrie R. Lowe's motion to proceed *in forma pauperis* on appeal [Doc. 67], and certify, pursuant to FED. R. APP. P. 24(a) and 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith in light of this Court's January 11, 2016 order [Doc. 64] accepting the findings, conclusions and recommendation of the Magistrate Judge [Doc. 62]. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (an appeal is not taken in good faith when it fails to present non-frivolous issues).

**Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of the District Court's Order.**

**SIGNED** February 23, 2016.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff Shirley Lowe-Griffith has not submitted a motion to proceed *in forma pauperis* on appeal.