IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRI R. LOWE, | § | |
| SHIRLEY LOWE-GRIFFITH, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | USDC 3:14-CV-1460-M-BK |
| | § | USCA 16-10163 |
| UHF MAGNOLIA TRACE LP, et al., | § | |
|     Defendants. | § | |

**ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(For *pro se* non-PLRA appeals)

Considering the record in this case and the recommendation of the United States Magistrate Judge, the Court hereby finds and orders:

( )    The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.   28 U.S.C. § 1915.

(**X**)    The motion for leave to proceed *in forma pauperis* on appeal [Doc. 67] is DENIED for the following reasons:

    ( )    The plaintiff is not a pauper.

    ( )    The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2).

    (**X**)    Pursuant to 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the court certifies that the appeal is not taken in good faith.   In support of this finding, the court adopts and incorporates by reference this Court's Order filed on January 11, 2016, accepting the findings, conclusions and recommendation of the Magistrate Judge.   *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997).   Based on the above order, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.   *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

**Although this appeal is certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this Order.**

Signed this February 24, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS